Order issued October _3_ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00438-CV

**MARY PAT MCDOWELL, ET AL., Appellants**

**V.**

**JEFF FRITTS, Appellee**

## ORDER

The Court has been notified that a petition for bankruptcy has been filed in United States Bankruptcy Court concerning appellant, Mary Pat McDowell. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

ELIZABETH LANG-MIERS
JUSTICE